IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION-COLUMBUS

| | | |
|---|---|---|
| Michael Gaston, | : | |
| | | CASE NO. 2:17 cv 1151 |
| Plaintiff, | : | |
| | | Judge James L. Graham |
| v. | : | |
| | | |
| Norfolk Southern Railway Company, et al. | : | |
| | | |
| Defendant. | : | |

### NOTICE TO TAKE TELEPHONE DEPOSITION DUCES TECUM OF DANIEL WOLSTEIN, PHD, CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendant Norfolk Southern Railway Company will depose, via telephone, Daniel Wolstein, PhD., CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC as on cross-examination, on Friday, August 14, 2020 at 10:00 a.m. at Veritext – St. Louis, MO, 515 Olive Street, Suite 300, St. Louis, MO 63101. Counsel for Defendants has scheduled a court reporter.

The deponent is directed to bring with them for inspection and, upon request, copying a complete copy of his file pertaining to this matter.

The deposition shall continue from day to day until complete.

Respectfully submitted,

*/s/ R. Leland Evans*
R. Leland Evans (0006833)
DICKIE, MCCAMEY & CHILCOTE, P.C.
250 Civic Center Drive, Suite 280
Columbus, Ohio 43215
(614) 258-6000 Telephone
(888) 811-7144 Facsimile
revans@dmclaw.com
*Attorneys for Defendant Norfolk Southern Railway Company*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice to Take Deposition Duces Tecum of Daniel Wolstein, PhD., CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC.* was served via the Court's electronic filing system on this 24th day of June, 2020 upon the following:

Stephen J. Schuh
Schuh & Goldberg, LLP
2662 Madison Road
Cincinnati, OH  45208
sschuh@schuhgoldberglaw.com
*Counsel for Plaintiff*

Samuel J. Rosenthal
Barish Rosenthal
1845 Walnut Street, Suite 2350
Philadelphia, PA  19103
ssrosen2@gmail.com
*Counsel for Plaintiff*

C. Joseph McCullough
White, Getgey & Meyer Co., LPA
7587 Central Parke Blvd, Suite B
Mason, Ohio 45040
jmccullough@wgmlpa.com
*Counsel for Defendant Wallman*

                                            */s/ R. Leland Evans*
                                            R. Leland Evans, Esquire
                                            ATTORNEY I.D. NO. 0006833

10783722.1